

# Fourth Court of Appeals
## San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-25-00006-CV

Rex **SAPENTER**,
Appellant

v.

Dorothy **KEYS**,
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2024CI16773
Honorable Angelica Jimenez, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
                Irene Rios, Justice
                Velia J. Meza, Justice

Delivered and Filed: February 12, 2025

MOTION TO DISMISS GRANTED; APPEAL DISMISSED

On January 19, 2025, appellant filed a "Notice of Withdrawal of Appeal," which we construe as a voluntary motion to dismiss this appeal in accordance with Texas Rule of Appellate Procedure 42.1(a)(1). We grant the motion. *See* TEX. R. APP. P. 42.1(a)(1). We order all costs assessed against appellant. *See id.* R. 42.1(d) (absent agreement of parties, costs are taxed against appellant).

PER CURIAM